**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID A. SLEVIRA, | ) | NO. CV 17-5571-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CAPTAIN DAVIS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 31, 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE